**MARINA L. HENRI**
California State Bar No. 326634
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marina_Henri@fd.org

Attorney for Ms. Munoz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIELA NATALY MUNOZ,<br>Defendant. | CASE NO.: 26MJ5537-MSB<br><br>UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITION |

## I. Introduction

Ms. Munoz respectfully requests that the Court modify her conditions of pretrial release to allow her to travel to Mexico, at the discretion of Pretrial Services, on October 5, 2026. Ms. Munoz has pending matters regarding her business in Tijuana, Mexico. Her Pretrial Officer does not oppose this request. The government defers to Probation.

## II. Background and Travel Modification Request

Ms. Munoz was released on bond on September 18, 2026. ECF No. 12. She has been in compliance since her release. Ms. Munoz is now requesting to travel to Mexico on October 5, 2026, to take care of business matters in Tijuana, Mexico. Specifically, she needs to go to her bank to make deposits and update her phone

number, visit with her accountant, and see suppliers for her business.

Ms. Munoz will go to Mexico as a pedestrian and return by car. She will provide any additional details regarding her travel itinerary, as requested, to her Pretrial Officer.

## III. Positions of the Parties

Undersigned counsel has reached out to Pretrial Services Officer Cynthia Ramirez, states that Pretrial Services does not oppose the request. The government defers to her supervising officer about the request.

## III. Conclusion

Ms. Munoz respectfully requests her motion for this limited travel to Tijuana be granted. She requests that her passport be returned to her 48 hours prior to her travel and agrees to return it within 48 hours of her return.

Dated: October 1, 2026

Respectfully submitted,
*s/ Marina L. Henri*

Federal Defenders of San Diego, Inc.
Attorneys for Ms. Munoz
Email: Marina_Henri@fd.org